IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20142-RNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDUIN SAMUEL DURAN COLINA,

    Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW, Kimberly Acevedo, Esq., and hereby notifies the Court of her appearance as counsel for Defendant EDUIN SAMUEL DURAN COLINA. This appearance is made for trial and does not include an appeal. Undersigned requests to be provided with notice of all future proceedings set in this cause.

Respectfully submitted,

*/s/ Kimberly Acevedo*
Kimberly Acevedo, Esq.
Florida Bar No.: 286861

ROSENBAUM & ACEVEDO, L.L.P.
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
Tel. (305) 446-6099
Fax. (305) 675-6156
Email ka@rosenbaumacevedolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May 2023, the undersigned electronically filed the foregoing document, Notice of Appearance with the Clerk of the Court using CM/ECF.

*/s/ Kimberly Acevedo*
Kimberly Acevedo, Esq.
Florida Bar No.: 286861